1  Laurence M. Rosen, Esq. (SBN 219683)
2  THE ROSEN LAW FIRM, P.A.
   355 South Grand Avenue, Suite 2450
3  Los Angeles, CA 90071
   Telephone: (213) 785-2610
4  Facsimile: (213) 226-4684
   Email: lrosen@rosenlegal.com
5
6
7  Lead Counsel for Plaintiffs

8             UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA
9
10

| | |
|---|---|
| 11  MIKE MCGEE, NIRANJAN KUMAR DAS, MELVIN YOUNKER, VICTOR BRANCACIO, and ROBERT WALSH, Individually And On Behalf of All Others Similarly Situated, | ) ) ) ) No. 02:11-CV-2794-MLR ) (AGRx) ) ) ) |
| 14             Plaintiffs, | ) ORDER CONTINUING ) HEARING ON |
| 15             vs. | ) PLAINTIFFS' MOTION ) FOR PRELIMINARY |
| 16  CHINA ELECTRIC MOTOR, INC., YUE WANG, HAIXIA ZHANG, HEUNG SANG "DEXTER" FONG, FUGUI WANG, GUOQUIANG ZHANG, LIANG TANG, SHUIPING WANG, WESTPARK CAPITAL, INC., ROTH CAPITAL PARTNERS, RICHARD RAPPAPORT, PHILIP KEMPISTY; KEMPISTY & COMPANY CPAS, P.C., and MALONEBAILEY, LLP, | ) APPROVAL OF ) SETTLEMENT AND ) VACATING HEARING ) ON MOTION FOR ) CLASS CERTIFICATION ) ) ) Class Action ) ) Hearing Date: May 6, 2013 ) Time:  10:00 a.m. ) |
| 23             Defendants. | ) ) Judge: Hon. Manuel L. ) Real |

26
27
28

0

1
2

## <u>ORDER</u>

3

    Pursuant to the stipulation submitted by all parties to continue the hearing

4 on Preliminary Approval of Class Action Settlement and vacating the hearing on

5 plaintiffs' Motion for Class Certification:

6

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

7

        1.    Plaintiffs' Motion for Preliminary Approval of Class Action

8 Settlement is continued from May 6, 2013 to June 3, 2013 at 10:00 a.m.; and

9

        2.    Plaintiffs may submit an amended memorandum in support of

10 preliminary approval of the proposed settlements, along with amended notices

11 to class members and amended orders in support of the motion; and

12

        3.    Plaintiffs pending motion for class certification, approval of

13 class representative and class counsel, is withdrawn without prejudice to re-

14 filing the motion should the proposed settlements not be approved; and

15

        4.    The hearing on Plaintiffs' motion for class certification,

16 approval of class representative and class counsel set for May 6, 2013, at

17 10:00 a.m. is vacated.

18
19

The Clerk shall enter this Order forthwith.

20
21
22

Dated:  _April 16, 2013_          _____

23                           The Honorable Manuel L. Real

24                           United States District Judge

25
26
27
28

1