# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.: CV-11-2794-R**                                                      **Date: OCT. 7, 2013**

**TITLE: MIKE MCGEE et al V. CHINA ELECTRIC MOTOR, INC et al**
==================================================================
**PRESENT:**

**HON. MANUEL L. REAL, JUDGE**

| William Horrell | Sheri Kleeger |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**

    Laurence M. Rosen                                                     Julie Kamps
                                                                                  Elizabeth Minerd
                                                                                  John Loftus
                                                                                  Emily Griffen

**PROCEEDINGS:** 1) Lead Plaintiffs' motion for final approval of class action settlement and plan of allocation (8-12-13)
2) Lead Plaintiffs' motion for award of attorney's fees and reimbursements of expenses (8-12-13)

      The Court hears arguments of counsel.

      The Court GRANTS item # 1 as listed above in its entirety, as stated on the record.

      The Court GRANTS item # 2 as listed above, but in amounts as stated on the record, which differ from some of plaintiffs' requests.

      Plaintiffs shall submit proposed orders.

16 min

**MINUTES FORM 90**                                           **Initials of Deputy Clerk   WH**
**CIVIL -- GEN**