Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Lead Plaintiff and the Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE MCGEE, BANKIM GOPANI, NIRANJAN KUMAR DAS, MARK STEPHENSON, MELVIN YOUNKER, VICTOR BRANCACIO, and ROBERT WALSH, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHINA ELECTRIC MOTOR, INC., YUE WANG, HAIXIA ZHANG, HEUNG SANG "DEXTER" FONG, FUGUI WANG, GUOQIANG ZHANG, LIANG TANG, SHUIPING WANG, WESTPARK CAPITAL, INC., ROTH CAPITAL PARTNERS, LLC, RICHARD RAPPAPORT, PHILIP KEMPISTY, KEMPISTY & COMPANY CPAS, P.C., and MALONEBAILEY, LLP,<br><br>Defendants. | No. CV 11-2794-R (AGRx)<br><br>CLASS ACTION<br><br>**PLAINTIFF'S NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT** |

Notice is hereby given that Lead Plaintiff Mike McGee, on behalf of himself and all other similarly situated, appeals to the United States Court of Appeals for the Ninth Circuit from the Court's Minutes entered in the above-captioned action, Dkt. No. 183 after hearing Lead Plaintiffs motion for award of attorneys' fees and reimbursement of expenses on October 7, 2013 and granting Lead Plaintiffs' motion but in amounts as stated on the record which differ from some of Plaintiffs' requests.

DATED: November 6, 2013    Respectfully submitted,

**THE ROSEN LAW FIRM P.A**.

/s/ Laurence M. Rosen
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
lrosen@rosenlegal.com

Lead Counsel for Lead Plaintiff and the Class

# RULE 3-2 REPRESENTATION STATEMENT

1. Lead Plaintiff-Appellant, Mike McGee, is represented by
Laurence M. Rosen, Esq.
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610

2. Defendant China Electric Motor is represented by

Jerome S. Fortinsky, Esq.
Brian G. Burke, Esq.
SHEARMAN AND STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000

3. Defendant MaloneBailey LLP is represented by

Patrick M. Kelly, Esq.
David S. Eisen, Esq.
Patricia Ann Golson, Esq.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
55 South Flower Street, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 443-5100

4. Defendant Roth Capital Partners, LLC is represented by

John R. Loftus, Esq.
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, CA 90067
Telephone: (310) 556-5800

5. Defendants WestPark Capital, Inc. and Richard Rappaport are represented by

Julie Kamps, Esq.
WestPark Capital Financial Services, LLC
1900 Avenue of the Stars, Suite 310
Los Angeles, CA 90067
Telephone: (310) 843.9300

    6.   Defendants Philip Kempisty and Kempisty and Company, CPAs, P.C. are represented by

James C. McMillin, Esq.
McAFEE & TAFT, P.C.
211 N. Robinson Ave.
Oklahoma City, OK 73102
Telephone: (405) 235-9261

| | |
|---|---|
| DATED: November 6, 2013 | Respectfully submitted, |
| | **THE ROSEN LAW FIRM P.A**. |
| | /s/ Laurence M. Rosen_____ |
| | Laurence M. Rosen (SBN 219683) |
| | 355 South Grand Avenue, Suite 2450 |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 785-2610 |
| | Facsimile: (213) 226-4684 |
| | lrosen@rosenlegal.com |
| | Lead Counsel for Lead Plaintiff and the Class |

# CERTIFICATE OF SERVICE

I, Sara Fuks, hereby declare under penalty of perjury as follows:

I am attorney with the Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA, 90071. I am over the age of eighteen.

On November 6, 2013, I electronically filed the following PLAINTIFF'S NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Executed on November 6, 2013

/s/ Sara Fuks